# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aloysius Denby Winanz, Sr., | ) | |
| | ) | Case No. 4:14-cr-106 |
| Defendant. | ) | |

Attorney Daniel S. Borgen filed a Notice of Substitution of Counsel on July 29, 2014, advising that he is counsel of record for defendant. As it appears that defendant has retained counsel, the Federal Public Defender's office is granted leave to withdraw as defense counsel. Attorney Daniel S. Borgen shall be substituted as counsel of record for defendant.

**IT IS SO ORDERED.**

Dated this 30th day of July, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court